UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGJING WANG,<br><br>         Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>         Defendants. | Case No. 24-cv-02331-BAS-KSC<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>**(ECF No. 5)** |

  Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the instant action. (ECF No. 5.)

  Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

1 litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
2 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.
3     Having considered the parties' submission, the Court **GRANTS** the Joint Motion.
4 (ECF No. 5.)  Thus, the Court **DISMISSES WITHOUT PREJUDICE** the action against
5 Defendants.  Each party shall bear its own costs and attorneys' fees.  The Clerk of Court is
6 directed to close the case.
7     **IT IS SO ORDERED.**

9 **DATED: April 16, 2025**

                                                          **Hon. Cynthia Bashant, Chief Judge**
                                                          **United States District Court**